**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JIN LI,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 4:26-CV-00701-JDK** |
| | § | |
| **v.** | § | |
| | § | |
| **MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY; JOSEPH B. EDLOW, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; AND MICHELLE R. MONTGOMERY, USCIS DALLAS FIELD OFFICE DIRECTOR;** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | | |

**ORDER**

On June 23, 2026, Plaintiff Jin Li brought this action pursuant to the Administrative Procedure Act (APA) 5 U.S.C. § 701, *et seq*. (Doc. No. 1.) Plaintiff brings this action against Markwayne Mullin, the Secretary of Homeland Security in his official capacity, Joseph B. Edlow, the Director of U.S. Citizenship and Immigration Services (USCIS) in his official capacity, and Michelle R. Montgomery, the Director of the Dallas Field Office of USCIS. When initiating a civil action, the plaintiff must make proper service of the summons and complaint for all defendants. Fed. R. Civ. P. 4. Special rules for service of process apply when the defendant is the United States, its agencies, corporations, officers, or employees. Fed. R. Civ. P. 4(i). Specifically, when suing an agency of the United States and a United States officer or employee, the plaintiff must serve the United States, in addition to serving both the agency and the officer or employee. Fed. R. Civ. P. 4(i)(2). Serving the United States requires two steps. First, the plaintiff must either: (1) "deliver a copy of the summons and of the complaint to the United States attorney for the district where the

action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk," or alternatively (2) "send a copy of [both the summons and complaint] by registered or certified mail to the civil-process clerk at the United States attorney's office." Fed. R. Civ. P. 4(i)(1). Second, the plaintiff must also, "send a copy of [both the summons and complaint] by registered or certified mail to the Attorney General of the United States at Washington, D.C." *Id.*

Here, Plaintiff has only requested summons be issued as to Defendant Markwayne Mullin. (Doc. No. 7.) Plaintiff appears to not have pursued service as to the remaining Defendants and the time for service has passed. *See* Fed. R. Civ. P. 4(m). As to Defendant Mullin, Plaintiff returned summons executed on Mr. Mullin, the Attorney General, and Ryan Raybould, the U.S. Attorney for the Northern District of Texas. But this case is proceeding in the *Eastern District of Texas*. Therefore, Plaintiff's service on the U.S. Attorney for the Northern District of Texas is not proper. *See* Fed. R. Civ. P. 4(i)(1)(A)(i). Accordingly, it is **ORDERED** that Plaintiff shall have 30 days from the issuance of this order to correct service as to Defendant Mullin and complete service as to Defendants Edlow and Montgomery. Failure to comply with this order and timely execute service may warrant dismissal of Defendants from this action.

**So ORDERED and SIGNED this 5th day of October, 2026.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE