**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JIN LI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-701-JDK |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's notice of voluntary dismissal. Docket No. 10. Pursuant to the notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending claims in this case are **DISMISSED** without prejudice.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **27th** day of **October, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE